# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-0110-JC | Date | April 23, 2025 |
|---|---|---|---|
| Title | Guri Gonzalez v. Pedro Cruz, et al. | | |

Present: The Honorable    Jacqueline Chooljian, United States Magistrate Judge

| Kerri Hays | none | none |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:    Attorneys Present for Defendants:

none    none

**Proceedings:**    (In Chambers)

### ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The action herein was filed on January 6, 2025.  On February 24, 2025, Plaintiff filed proofs of service regarding service of the complaint and summons on the named Defendants reflecting that (1) Defendant Pedro Cruz, dba LA Oaxaquena Juices ("Cruz") was served by substitute service on February 11, 2025 (effectively completed on February 21, 2025 per Cal. Code Civ. Proc. 415.20); and (2) Defendant LPC 5638 Santa Monica Blvd., LLC ("LPC 5638") was personally served on February 19, 2025.  Defendants' deadlines to file responsive pleadings (March 14, 2025 for Cruz; March 12, 2025 for LPC 5638) have expired.  See Fed. R. Civ. P. 4(e)(1), 4(h)(1), 12(a)(1); Cal. Code Civ. Proc. §§ 415.10, 415.20, 416.40.  Since those dates, based upon a review of the docket, the Court is unaware of any action having been undertaken in this matter.  No answer or motion to dismiss has been filed. Nor has either Defendant requested an extension of time to file a responsive pleading.  No request for the entry of default has been filed.

The Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **May 7, 2025**, why this action should not be dismissed for lack of prosecution.

It is Plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently.  All stipulations affecting the progress of the case must be approved by the Court, except as otherwise provided in the Local Rules.  L.R. 7-1, 8-3.

IT IS SO ORDERED.